(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Christopher C Wehde 278637
    (Name of Plaintiff)    (Inmate Number)

2203 melson Dr. Apt 6-75 Wilm, De 19808
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

    _____
    (Complete Address with zip code)

(Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Todd Conner
(2) Lawrence M. Sullivan
(3) _____
    (Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   **PREVIOUS LAWSUITS**

    A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

    None

RECEIVED
AUG -8 2008
U.S. DISTRICT COURT
DISTRICT OF DEL.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • •Yes  • **(No)**

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •Yes  • **(No)**

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: *This has nothing to do with the prison.*

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *Todd Conner*
Employed as *Public Defender* at *State of Delaware*
Mailing address with zip code: *Public Defender of the State of Del. Carvel State Building 820 N. French St. Wilm, De 19801*

(2) Name of second defendant: *Lawrence Sullivan*
Employed as *Public Defender* at *State of Delaware*
Mailing address with zip code: *Public Defender of the State of Delaware Carvel State Building 820 N. French St. Wilm., De, 19801*

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (SEE ATTACHED SHEETS)
   FIRST PAGE (FRONT & BACK)
   SECOND PAGE (FRONT)

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT THEM RELEIVED OF MY CASE, AND REPREMANDED BY THE COURTS WITH A SUSPENSION AND STIFF FINES.

2. _I ALSO WANT THEM TO COVER ALL COURT COSTS, FILING FEES._

3. _I WANT AWARDED, FOR TIME SPENT IN JAIL, AFTER LOSS OF JOB, AND LOSS OF SON, IN PUNITIVE DAMAGE. DAMAGES THAT I FEEL THAT COULD RUIN MY LIFE. I AM ASKING THE COURT TO AWARD $150,000.00_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6TH__ day of __AUGUST__, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

STATEMENT OF CLAIM ①

My name is Christopher Wehde Sr. I am currently incarcerated at Howard R. Young Correctional Inst., since 5/22/08. Since then I have seen my public defender 2 times, it was the introduction, it was a 5 (five) minute meeting. I have written 10 letters in regards to my case. I have asked him to file motion for bail reduction, he didnt do it. I feel as though he was not giving my case the interest or dedication it deserves. All the time I requested in writing to see him, he has not. There has been lack of communication on his part. My public defender has ignored my request to file a motion of dismissal. If he would have done so, there was a possibility of unsecuring my bail and getting proper counsel. I thought he was supposed to be interested in getting me out of jail. I asked for the filing in order to spend the last part of my mothers life with her. She is currently in Del. Home for the chronically ill with Parkinsons and colon cancer. This was an ignorant act that he displayed. I feel like he is responsible for me still being held. Not only was it past 60 days from arrest with no indictment he should have been doing his job, at the appropriate time he could have had all motions that would benefit me for my release until trial. I have left numerous

②

MESSAGES WITH HIS SECRETARY AND ON ANSWERING MACHINE. I EVEN WROTE TO HIS BOSS, LAWRENCE M. SULLIVAN, AND TO THE PROTHONATARY. HE HAS NO REGARDS OF DEALING WITH MY CASE. AND HAS NEVER HAD ANY RESPECT FOR MY PERSONAL POSITION WITH THE CURRENT SITUATION WITH MY FAMILY. I THOUGHT HE WAS APPOINTED TO DEFEND ME. AT INTRODUCTION HE MADE A COMMENT HE DIDNT WANT TO GO TO TRIAL. IF I KNEW HE WAS GOING TO ACT IN THIS MANNER, I WOULD HAVE STARTED THIS PROCESS IN THE BEGINING. I WAS UNDER THE ASSUMPTION THAT YOUR INNOCENT UNTIL PROVEN GUILTY. THERE WAS EVEN AN AUDIO TAPE THAT I WANTED TO HEAR. I FOUND THIS OUT BY MY PAPER WORK FROM THE COURT. I REQUESTED THIS EVIDENCE SO I COULD FILE A MOTION IF NEEDED. WELL IT IS NOW 12 DAYS BEFORE MY FIRST CASE REVIEW AND I STILL HAVE NOT HEARD FROM HIM. AND KNOW I CANT FILE BECAUSE OF TIME LIMIT SET BY COURT. WHY WOULD HE DO THIS TO A PERSON AFTER HE HAS TAKEN THE OATH TO DEFEND THE PEOPLE. I THINK HE SHOULD BE ON THE OTHER SIDE WITH THE PROSECUTER. I HAVE LOST TIME WITH LOVED ONES AND NOW RISK THE CHANCE OF LOSING MORE TIME DUE TO A LOSS AT TRIAL. WHICH HE ALREADY SAID HE DIDNT WANT. I HAVE HAD PLENTY OF TIME TO GET THINGS TAKEN CARE OF, I F

③

THEY WERE PROPERLY HANDLED. I HAVE A SERIOUS CASE THAT TAKES COMMUNICATION BETWEEN ME AND HIM. NOT ONCE HAS HE RETURNED ANY OF MY REQUEST. HE HAS NOT EVEN BEEN IN ANY OF MY COURT APPEARANCES. I FEEL THAT THE STATE IS WAISTING THEIR MONEY ON THIS GUY. AND IS ALSO GIVING DELAWARE A BAD NAME. WHY EVEN READ PEOPLE THEIR RIGHTS IF THEY ARE NOT GOING TO BE FOLLOWED. NO WONDER THERE ARE ALOT OF PEOPLE IN JAIL, THEY ARE NOT GETTING PROPER REPRESENTATION. THEY ARE MORE WORRIED ABOUT GETTING PAID FOR A CONVICTION. THAT'S WRONG!

— AT THIS 5 MINUTE MEETING, HE WAS VERY IGNORANT AND LET ME KNOW "HE DOES NOT OPERATE LIKE THIS", PERTAINING TO ANSWERING MY REQUEST. AND THEN LET ME KNOW HOW MUCH TIME I COULD DO. RATHER THAN TALK ABOUT MY DEFENSE AND HOW WE WERE GOING TO GO ABOUT WINNING, OR EVEN FIGHTING FOR MY DEFENSE. I GUESS HE IS OKAY WITH PEOPLE GOING TO JAIL AND NOT DOING HIS JOB. I HAVE EVEN ASKED TO LISTEN TO EVIDENCE IN WRITING AND IN THE 5 MIN. MEETING, THAT NEVER HAPPEND. MY FIRST CASE REVIEW IS ON MONDAY AUG. 11TH 2008. HE WANTS ME TO PLEA INSTEAD OF HELPING ME. LAWRENCE SULLIVAN IS SIMPLY A DEFENDANT BECAUSE HE IS TODD CONNER BOSS.

C. WEMTE
SBI 278637
P.O. Box 956
WILM., DE. 19809

WILMINGTON, DE 19850   AUG

CLERK OF THE COURT
U.S. DISTRICT COURT
LOCKBOX 18
844 N. KING ST,
WILM., DE. 19801

DO NOT BEND

INMATE
LEGAL MAIL