① 

500

8/6/08

FOR COMPLAINT COPIES.
To whom it may concern:

My name is Christopher Wehde. I am currently incarcerated at Howard R. Young Correctional Inst. I need copies of these documents sent properly to where they need to go. I hope you can assist me. I want to know where I am supposed to to mail the U.S. Marshal form to. I also need to know the proper time to mail it out. I appreciate all you can do to assist me, since I'm incarcerated, and have limited access and time.

Sincerely,
Chris Wehde



FILED
AUG - 8 2008
U.S.
DISTRICT