(2)

To: CLERK OF COURT                                              8/6/08

I DON'T KNOW WHERE TO SEND THE U.S. MARSHAL(S) FORM(S). I WANT TO KNOW IF YOU CAN HELP ME OUT BY MAILING OFF MY U.S. MARSHAL FORM(S), DUE TO THE FACT THAT I AM CURRENTLY INCARCERATED. I HAVE A DIFFICULT CASE AND I AM WORKING ON MY OWN. I AM IN NEED OF COPIES OF COMPLAINT. LAW LIBRARY IS FULL, CAN'T GET APPT.        THANK YOU VERY MUCH,

CHRIS WEHDE
*(signature)*

I'M NOT SURE IF THE THIRD U.S. MARSHAL FORM (ATTORNEY GENERAL'S) COPY GETS AG'S OFFICE ADDRESS OR P. DEFENDERS ADDRESS. IF NOT CORRECT CAN YOU PLEASE HELP ME MAKE CORRECTIONS. I HAVE TRIED FOR 1 MONTH TO GET TO LAW LIBRARY WITHOUT ANY SUCCESS.

AGAIN, THANK YOU,

CHRIS WEHDE
*(signature)*

IF YOU NEED TO BILL ME FOR COPIES PLEASE SEND IT TO: 41 MARTA DR. WILM, DE 19808