AUG. 6TH, 2008

To: CLERK OF COURT
FROM: CHRIS WEHDE

I HAVE REQUESTED A COPY OF MY LEDGER FOR ALMOST 1 MONTH. I HAVE RECIEVED NOTHING. I CAN TELL YOU THAT I HAVE BEEN HERE SINCE 5/22/08 AND HAVE NEVER HAD MORE THAN $7100 ON MY BOOKS. I HAVE FILLED OUT 240A COMPLETELY EXCEPT THIS LEDGER. RECORDS DEPT. HAS MOVED TO DOVER AND THAT IS THERE EXCUSE THEY ARE BACKED UP. PLEASE ACCEPT AND SERVE MY COMPLAINT, LEDGER WILL FOLLOW AS SOON AS I GET IT. AGAIN, I'M INCARCERATED AND HAVE LIMITED ACCESS.

THANK YOU VERY MUCH,

CHRIS WEHDE