④

8-6-08

I DONT KNOW WHERE THE U.S. MARSHAL FORM 285 IS SUPPOSE TO GO. I WANT TO KNOW IF YOU CAN HELP ME OUT, BY MAILING OFF MY U.S. MARSHAL FORM. DU TO THE FACT THAT I AM CURRENTLY INCARCERATED. THANK YOU VERY MUCH

I HAVE ALSO REQUESTED A LEDGER FROM OUR RECORD DEPT. THEY HAVE MOVED TO DOVER AND RECORDS IS BACKED UP. I WILL SEND LEDGER WHEN I RECIEVE IT.
I AM INDIGENT, SO IF THE HELPS YOU WITH ANYTHING, SO MY TRANSACTIONS ARE MINIMAL.



FILED
AUG - 8 2008
U.S.
DISTRICT