8/25/08

TO: CLERK OF THE COURT, U.S. DISTRICT COURT
FROM: CHRISTOPHER CARL WEHDE
CASE: 1:08-CV-500(MLC)

Dear Sirs/Mams,

I HAVE FILED A CIVIL LAWSUIT AGAINST THE PUBLIC DEFENDER OFC.. I INITIALLY TURNED IN COMPLAINT FORM 1983, AND 3 U.S. MARSHAL FORMS 285. I AM REQUIRED TO GIVE YOU (THE COURT) A REGISTER THAT HAS MY TRANSCACTIONS AND MY ADMISSION DATE FOR THE 240A. CAN YOU PLEASE TELL ME WHAT I SHOULD BE PRE-PAIRING FOR AT THIS TIME, SHOULD I WRITE DOWN, BESIDES. WHAT I WROTE ON MY COMPLAINT. I ALSO NEED TO KNOW IF THERE IS A COURT DATE SET. SINCE THIS IS MY FIRST TIME IN A CIVIL SUIT IS THERE ANY OTHER DOCUMENTS I NEED TO HAVE FILLED OUT AND FILED. I HAD A PRETTY BAD FIRST CASE REVIEW AND MY PUBLIC DEFENDER LET ME SEE THE PLEA AND THEN LET THE JUDGE KNOW HE DID NOT RECIEVE THE EVIDENCE. WHAT KIND OF LAWYER TRYS TO GET YOU TO SIGN A PLEA, WITHOUT SEEING THE EVIDENCE. ARE THERE ANY OTHER STEPS I NEED TO FOLLOW-UP WITH. PLEASE RESPOND SO I CAN GET PREPARED.

ENCLOSED IS LEDGER
NEEDED FOR FORM 240A.

THANK YOU,
CHRIS WEHDE

ON BACK

Can the clerk of the court send me copies of my complaint. Mine were destroyed by water damage at the prison. Can you also let me know if everyone has been served.

Thank you.
Chris Wehde

Will case be heard in New Jersey, or in DE..?



STATE OF DELAWARE
DEPARTMENT OF CORRECTIONS
HOWARD R. YOUNG INSTITUTE
P.O.BOX 9561
WILMINGTON, DELAWARE 19809

# Memorandum

To:     Chris Wehde, SBI# 278637, 2M

From:   Business Office

Date:   August 18, 2008

Re:     Response to your letter

---

**The attached Resident History Report is all we have. It shows money transactions with dates and your admission date is 5/22/08 (intake).**

```
RESIDENT HISTORY REPORT                                                          Page 1 of 1

HRYCI
08/18/08 13:26
ST 006 / OPR JNM
```


```
SBI              :  278637
Resident Name    :  WEHDE, CHRISTOPHER
Time Frame       :  04/01/2008 01:11 - 08/18/2008 13:26
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/22/2008 | 01:11 | Intake | 5 | mjb | E29118 | 4.00 | 4.00 |
| 05/26/2008 | 10:13 | Order | 2 | DDT | B218657 | 2.95 | 1.05 |
| 06/03/2008 | 07:01 | Order | 2 | DDT | B219642 | 1.04 | 0.01 |
| 06/12/2008 | 11:20 | Add | 4 | gmw | D91385 | 20.00 | 20.01 |
| 06/16/2008 | 09:07 | Order | 2 | DDT | B221561 | 19.38 | 0.63 |
| 06/20/2008 | 11:26 | Add | 4 | SEA | D91872 | 25.00 | 25.63 |
| 06/23/2008 | 07:33 | Order | 2 | DDT | B222292 | 23.49 | 2.14 |
| 06/23/2008 | 15:50 | Rec Payment | 10 | bsp | J14220 | 1.00 | 1.14 |
| 06/24/2008 | 11:40 | Add | 4 | SEA | D92058 | 25.00 | 26.14 |
| 06/27/2008 | 10:41 | Add | 8 | bsf | H39979 | 30.00 | 56.14 |
| 06/30/2008 | 10:23 | Order | 2 | DDT | B223191 | 22.06 | 34.08 |
| 07/07/2008 | 07:15 | Order | 2 | DDT | B224098 | 33.97 | 0.11 |
| 07/17/2008 | 11:09 | Add | 4 | jxs | D93474 | 30.00 | 30.11 |
| 07/21/2008 | 07:40 | Order | 2 | DDT | B226013 | 29.91 | 0.20 |
| 07/21/2008 | 11:09 | Add | 4 | jxs | D93609 | 30.00 | 30.20 |
| 07/21/2008 | 11:10 | Add | 4 | jxs | D93612 | 40.00 | 70.20 |
| 07/28/2008 | 08:42 | Order | 2 | DDT | B226951 | 60.94 | 9.26 |
| 07/28/2008 | 15:49 | Rec Payment | 10 | bsp | J14834 | 0.75 | 8.51 |
| 08/04/2008 | 08:47 | Order | 2 | DDT | B227829 | 8.26 | 0.25 |
| 08/05/2008 | 11:08 | Rec Payment | 10 | wmd | J14846 | 0.25 | 0.00 |
| 08/08/2008 | 08:24 | Add | 8 | bsf | H40796 | 89.00 | 89.00 |
| 08/08/2008 | 08:24 | Rec Payment | 8 | bsf | H40797 | 2.73 | 86.27 |
| 08/11/2008 | 06:39 | Order | 2 | DDT | B228488 | 64.52 | 21.75 |
| 08/13/2008 | 11:59 | Add | 4 | jxs | D95034 | 20.00 | 41.75 |
| 08/15/2008 | 13:48 | Add | 6 | JNM | F41285 | 15.00 | 56.75 |
| 08/18/2008 | 08:21 | Order | 2 | DDT | B229573 | 39.66 | 17.09 |
| 08/18/2008 | 11:41 | Add | 4 | jxs | D95264 | 20.00 | 37.09 |

Handwritten annotation: "No 25.00 M.O." (bracketing entries from 07/17/2008 through 07/28/2008)

August 25, 2008

TO: OFFICE OF THE PROTHONATARY (CLERK)
FROM: CHRISTOPHER CARL WEHDE SR.
SBI: 278637            CASE #0804024505
POD 2M

    I HAVE RECIEVED A LETTER THAT THEIR IS A CONFLICT IN MY CASE. IT ALSO SAYS THE COURT WILL ASIGN A CONFLICT LAWYER OR ATTORNEY. THE CASE # IS 0804024505, SINCE I HAVE FILED A LAWSUIT AGAINST THE PUBLIC DEFENDERS OFFICE. SO DOES THIS MEAN MY CONFLICT ATTORNEY WILL HANDLE ALL OF MY CASES UNTIL CIVIL SUIT IS DONE WITH IN U.S. DISTRICT COURT. I HAVE ALSO ASK THE PROTHONATARY FOR COPIES OF MY RULE 16 AND POLICE REPORT. WILL I GET THEM, SINCE THEY (P.D OFFICE) DONT REPRESENT ME. I REQUESTED THIS INFO BECAUSE MINE WAS LOST IN TRANSPORT. I AM HAVING A VERY HARD TIME WITH MY CASE SINCE I HAVE NOT RECEIVED ANY HELP. PLEASE RESPOND WITH MY ATTORNEY'S NAME AND ADDRESS. CAN YOU ALSO TELL ME WHY THE COURT OR WHOEVER HAD TAKEN MY MISDEMEANOR AND PUT IT IN CCP COURT WHEN IT WAS CHARGED TO ME IN THE BEGINNING ALL TOGETHER. THE CCP CASE #0804024508. PLEASE FORWARD ANY INFORMATION I NEED TO LOOK OVER FOR MY CASES. IN OTHER REGARDS TO OTHER CASES (0805003300, 0805026599, 0804022499) I HAVE REQUESTED THE EVIDENCE IN ALL CASES, ESPECIALLY WHEN CRIMINAL ACTIVITY HAS TAKEN PLACE AGAINST ME,

TO LOOK OVER MYSELF. I HAVE NEW INFORMATION TO GO OVER. IT CONTAINS ILLEGAL ACTS THAT HAVE BEEN USED AGAINST ME. HOW CAN I FILE OR GET A WARRANT STARTED. BEING INCARCERATED I CANT GET ANYTHING DONE. THESE ARE CRIMINAL ACTS THAT ARE STILL TAKING PLACE, AND ARE ACTS AGAINST MY CREDIT AND WELL BEING. I NEED TO SPEAK WITH THE ATTORNEY THAT IS HANDLING MY CASE.

I NEED COURT TRANSCRIPTS FROM MY FIRST CASE REVIEW FOR EVIDENCE FOR MY CIVIL SUIT COURT DATE WAS AUGUST 11TH, 2008 IN FRONT OF HONORABLE JUDGE SILVERMAN. PLEASE SEND THEM TO ME WITH MY RULE 16 CASE #0804024505, ALONG WITH TRANSCRIPTS.

THANK YOU FOR YOUR TIME,
CHRIS WEHDE

*[signature]*
8/25/08



Wilde
P.O. Box 9561
Wilm., De 19809

LEGAL MAIL

Clerk
U.S. District Court
Lockbox 18
844 N. King St
Wilm.,

WILMINGTON DE 197
27 AUG 2008 PM 2 T