OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 28, 2008

**Christopher C. Wehde**
SBI# 278637
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:  Request for Copy of Complaint**
          **CA No.: 07-239 JJF**

Dear Mr. Wehde:

This is in response to your letter received dated 8/25/08 requesting the status of your case.  Your case is assigned to the Honorable Mary Little Cooper, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    The Clerk's office is in receipt of your letter requesting a copy of your Complaint (DI# 2).

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.  **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    The document you requested is **8 pages** in length.  The cost of this request is **$4.00**.  Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                               Sincerely,

/rc                                   PETER T. DALLEO
                                        CLERK

cc:   The Honorable Mary L. Cooper